# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SCHRONDA DANIELS, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> PROSPECT AIRPORT SERVICES, ) <br> INC. ) <br> ) <br> *Defendants*. ) <br> ) | CASE NO._____ |

## NOTICE OF REMOVAL

TO: THE HONORABLE COURT
    CLERK OF COURT

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441, *et seq.,* Prospect Airport Services, Inc. ("Prospect" or "Defendant"), by and through its counsel, files this notice of the removal of this action from the Superior Court of Clayton County, State of Georgia, to the United States District Court for the Northern District of Georgia, and state as follows:

### I.   INTRODUCTION

1. Plaintiff commenced this action on May 18, 2022 with the filing of a Complaint for negligence in the Superior Court of Clayton County, State of Georgia,

Civil Action Number: 2022-CV-00980. A copy of the Complaint is attached as Exhibit A.

2. This case involves allegations that an employee of Prospect was negligent while transporting Plaintiff down a moving walkway in a wheelchair, causing the Plaintiff to fall.

3. As a result of Defendant's alleged negligence, Plaintiff alleges she has incurred damages of medical expenses and physical pain and mental anguish. Exhibit A, ¶ 6.

## II. JURISDICTIONAL BASIS FOR REMOVAL

4. This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332 because complete diversity of citizenship exists and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### A. There is Complete Diversity Between Plaintiff and Defendants

5. Prospect is and was at the time the Complaint was filed and the case removed to this Court, a corporation organized and existing under the laws of Illinois and maintains its principal place of business in Illinois. *See* Exhibit B, Strader Declaration, ¶ 4. Accordingly, Prospect is a citizen of the State of Illinois for the purposes of determining this Court's subject matter jurisdiction. *See id.*; 28 U.S.C. § 1332(c).

6. Plaintiff Schronda Daniels is, and was at the time the Complaint was filed and the case removed to this Court, an individual domiciled in Virginia, with her true, fixed, and permanent home and principal establishment located at 1305 Glen Burnie Ct., Virginia Beach, VA 23454 (the "residence"), to which the Plaintiff has the intention of returning whenever she is absent therefrom.

7. Accordingly, as the Plaintiff's domicile is located in the State of Virginia, Plaintiff is a citizen of the State of Virginia for the purposes of determining this Court's subject matter jurisdiction. *See* 28 U.S.C. § 1332(c).

### B. The Amount-In-Controversy Requirement is Satisfied

8. Prior to filing this lawsuit, Plaintiff made a settlement demand of $250,000 based on actual damages (medical expenses) of $108,374.00. A copy of the settlement demand is attached as Exhibit C. Pursuant to Plaintiff's settlement demand and breakdown of claimed medical expenses alone, the amount in controversy in this lawsuit exceeds $75,000.

### III. PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN ESTABLISHED

9. Prospect was served with the Complaint on June 15, 2022. A copy of the Proof of Service is attached as Exhibit D.

10. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because it is being filed within 30 days of Defendant's receipt of the Summons and Complaint.

11. This Court, therefore, has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship among the parties, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

12. A Notice of Filing the Notice of Removal has been filed with the Clerk of the Superior Court of Clayton County, State of Georgia. Copies of the Notice of Filing of the Notice of Removal, together with this Notice of Removal, are being served upon Plaintiff's counsel pursuant to 28 U.S.C. § 1446(b).

WHEREFORE, Defendant respectfully removes this action from the Superior Court of Clayton County, State of Georgia, to the United States District Court for the Northern District of Georgia based on the fact that original subject matter jurisdiction exists pursuant to 28 U.S.C. § 1332.

Respectfully submitted, this 8th day of July, 2022.

Akerman LLP
999 Peachtree Street, NE
Suite 1700
Atlanta, Georgia   30309
(404) 733-9809 – Telephone
(404) 733-9909 – Facsimile

Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
(214) 720-4300 – Telephone
(214) 981 – 9339

/s/Brenden P. Dougherty
Brenden P. Dougherty
Georgia Bar No. 959508
brenden.dougherty@akerman.com

Elliot Strader
(*pro hac vice* application to be filed)
elliot.strader@akerman.com

*Counsel for Prospect Airport Services, Inc.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, this is to certify that the foregoing **Notice of Removal** complies with the font and point selections approved by the Court in Local Rule 5.1(C). The foregoing was prepared on computer using Times New Roman font (14 point).

Respectfully submitted, this 8th day of July, 2022.

|  |  |
|---|---|
| Akerman LLP<br>999 Peachtree Street, NE<br>Suite 1700<br>Atlanta, Georgia   30309<br>(404) 733-9809 – Telephone<br>(404) 733-9909 – Facsimile | */s/Brenden P. Dougherty*<br>Brenden P. Dougherty<br>Georgia Bar No. 959508<br>brenden.dougherty@akerman.com |
| Akerman LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>(214) 720-4300 – Telephone<br>(214) 981 – 9339 | Elliot Strader<br>(*pro hac vice* application to be filed)<br>elliot.strader@akerman.com<br><br>*Counsel for Prospect Airport Services, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **Notice of Removal** with the Clerk of Court using the CM/ECF system and a true and correct copy of the foregoing was mailed via first class mail to the following attorneys of record:

Dwight Deloach
Deloach Law Firm, P.C.
780 Morosgo Drive NE, #14565
Atlanta, GA 30324
*Counsel for Plaintiff*

This 8th day of July, 2022.

| | |
|---|---|
| | */s/Brenden P. Dougherty* |
| Akerman LLP | Brenden P. Dougherty |
| 999 Peachtree Street, NE | Georgia Bar No. 959508 |
| Suite 1700 | brenden.dougherty@akerman.com |
| Atlanta, Georgia 30309 | |
| (404) 733-9809 – Telephone | |
| (404) 733-9909 – Facsimile | |
| | |
| Akerman LLP | Elliot Strader |
| 2001 Ross Avenue, Suite 3600 | (*pro hac vice* application to be filed) |
| Dallas, Texas 75201 | elliot.strader@akerman.com |
| (214) 720-4300 – Telephone | |
| (214) 981 – 9339 | |
| | *Counsel for Prospect Airport Services, Inc.* |