# EXHIBIT A

# Complaint

2022CV00980                                                                  e-Filed 5/18/2022 8:26 AM

*Tiki Brown*
**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
**Dalaya Whyte-Gustave**

IN THE STATE COURT OF CLAYTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| SCHRONDA DANIELS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
| | ) 2022CV00980 |
| | ) FILE NO. _____ |
| PROSPECT AIRPORT SERVICES, | ) |
| Defendants. | ) |

# COMPLAINT

**COMES NOW** Plaintiff herein and files this Complaint for money damages as follows:

1.

Defendant Prospect Airport Services is a corporation, qualified to do business in the State of Georgia, may be served at 6000 N Terminal Pkwy, Clayton County, Atlanta, GA 30320 and is therefore subject to the jurisdiction of this Court.

2.

On or about May 24, 2021, at the Hartsfield Jackson Airport located 6000 North Terminal Parkway Suite 4000 Atlanta, GA 30320, Plaintiff Schronda Daniels was conducting herself in a safe and prudent manner.

3.

At all times relevant hereto, Defendant Jane Doe was an employee, agent and/or servant of Defendant Prospect Airport Services' working out of and in the course of her employment with

— 1 —

Prospect Airport Services. As such, any negligence of Defendant Jane Doe is imputed to Defendant Prospect Airport Services' through the doctrine of *respondeat superior*.

4.

On or about said date, Plaintiff was in Defendant's care when due to the negligence of an employee, she slipped and fell on moving walkway.

5.

Plaintiff shows that the aforesaid incident was proximately caused by negligence of Defendant, and said acts of negligence of said individual include, but are not limited to, the following:

(a) Immediately prior to the aforesaid incident, Defendant owed a duty to maintain the premises open to the public in a safe fashion;

(b) Immediately prior to the aforesaid incident, Defendant breached the foregoing duty owed to Plaintiff;

(c) The breach of the Defendant's duty proximately caused the aforementioned incident and;

(d) Immediately prior to the aforesaid incident, Defendant misjudged clearance;

(e) Immediately prior to the aforesaid incident, Defendant failed to take evasive action;

(f) Immediately prior to the aforesaid incident, Defendant failed to warn;

(g) Immediately prior to the aforesaid incident, Defendant failed to keep a proper look-out; and

(h) Any and all acts of negligence which may be shown at trial.

6.

As a direct result of said negligence on the part of said Defendant, Plaintiff incurred damages of medical expenses and extensive physical pain and mental anguish.

7.

All of the injuries to Plaintiff as stated herein are due to the negligence of the Defendant, and said negligence is the sole, direct, and proximate cause of injuries to the Plaintiff, unmixed with any negligence on the part of the Plaintiff or on the part of any other person.

8.

**WHEREFORE**, Plaintiff respectfully demands as follows:

(a)  Process issue and Defendant be served with process according to law;

(b)  Plaintiff have judgment against Defendant in an amount to be determined by the enlightened conscience of the jury for medical expenses, past, present, and future, and the extensive pain and suffering and mental anguish, past, present, and future, to which Plaintiff has been subjected;

(c)  Plaintiff have and be awarded a trial by jury; and

(d)  Plaintiff have such other and further relief as this court and jury may deem just and proper under the premises and circumstances.

This _____ day of  5/18/2022  _____ 2022.

Respectfully submitted,

DELOACH LAW FIRM

By: _____
DWIGHT DELOACH
Attorney for Plaintiff
State Bar No. 981108

— 3 —

780 Morosgo Drive NE
Suite 14565 -
Atlanta, Georgia  30324
(470) 667-5241